IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNATHAN GOODWIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:08-CV-2138-M |
| | ) | |
| VENTANA APT PRESIDENT, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions

and a recommendation in this case. No objections were filed. The District Court reviewed the

proposed findings, conclusions and recommendation for plain error. Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Goodwin's motion to reopen is denied and his motion to proceed

*in forma pauperis* is dismissed, the same being moot.

SO ORDERED this 17th day of September, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS